**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| Norma Daugherty, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MiraMed Revenue Group, LLC, an Illinois limited liability company,<br><br>Defendant. | **Acknowledged**<br>TWP<br>March 5, 2018<br><br>No. 1:17-cv-4508-TWP-TAB |

**STIPULATION OF DISMISSAL**

The parties, having reached a settlement of Plaintiff's individual claims against the Defendant, hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and dismissal of the claims of the putative class members without prejudice, each party to bear their own attorneys' fees and costs.

Dated: March 2, 2018

One of Plaintiff's Attorneys

/s/ David J. Philipps
David J. Philipps  (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60457

One of Defendant's Attorneys

/s/ Nabil G. Foster
Nabil G. Foster  (Ill. Bar No. 06273877)
Hinshaw & Culbertson, LLP
222 N. LaSalle Street
Suite 300
Chicago, Illinois 60601